# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA-52 | E1663641 | Gomez | S111 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 4/11/2022  1630 | 4000(a)(1) California Vehicle Code 9565 |

Place of Offense: 10535 Hospital Way, Mather, CA

Offense Description: Factual Basis for Charge
4000(a)(1)
Expired TAG (7-8-2021)

### DEFENDANT INFORMATION

Last Name: FULD
First Name: Keith
MI: E

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8KQF075 | CA | 05 | Honda Accord | | GRAY |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200 Forfeiture Amount
+ $30 Processing Fee
$ 230.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: DRIVER NOT PRESENT

Original - CVB Copy

*E1663641*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4/11, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of California

see PC Statement

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/11/2022
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license. CMV = Commercial vehicle involved in incident.

CVB SCAN 05/11/2022 15:16