```
PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KEITH E. FULD,<br><br>        Defendant. | 2:22-po-00172-CKD<br><br>GOVERNMENT'S MOTION TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE: August 25, 2022<br>TIME: 9:30 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Case Number 2:22-po-00172-CKD.

Further, the United States requests that the bench trial currently scheduled on August 25, 2022 at 9:30 a.m. be vacated.

DATED: August 17, 2022        PHILLIP A. TALBERT
                                     United States Attorney

                              By:   */s/ John E. Scanlon*
                                   JOHN E. SCANLON
                                   Special Assistant U.S. Attorney