UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:22-po-00172-CKD |
| ) Plaintiff, ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. ) | |
| KEITH E. FULD, ) | DATE: August 25, 2022 |
| ) Defendant. ) | TIME: 9:30 a.m. |
| ) | JUDGE: Honorable Carolyn K. Delaney |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:22-po-00172-CKD is GRANTED.

    It is further ordered that the bench trial scheduled on August 25, 2022, is vacated.

    IT IS SO ORDERED.

Dated: August 18, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE